UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KELLY MEADORS, Plaintiff ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> CAROLYN COLVIN, Commissioner, ) <br> Social Security Administration ) <br> ) <br> Defendant. ) <br> ) | Case No. 6:13-cv-00536-MC <br><br> ORDER AWARDING ATTORNEY <br> FEES PER 28 USC 406(b) |

It is hereby ORDERED that, pursuant to 42 U.S.C. § 406(b), an attorney fee in the amount of $6,387.50 is approved to Plaintiff.  Credit will be taken for $3,223.68 paid as an EAJA fee so that the net fee due Plaintiff's counsel is $3,163.82.

IT IS SO ORDERED this _21_ day of ___April___, 2016.

_____
UNITED STATES DISTRICT JUDGE
Michael J. McShane